## HEARING MINUTES

Cause No:       3:18-CR-24

Style:          UNITED STATES OF AMERICA vs. JOHN DAVID KNOWLTON

Hearing Type:   Bench Trial – Day One

**Appearances:**

| Counsel | Representing |
|---|---|
| Zahra Fenelon<br>Kimberly Leo | United States of America |
| John David Knowlton (Pro Se) | John David Knowlton |
| Philip Gallagher (advisory counsel) | John David Knowlton |

Date:  June 17, 2019
Time:  10:55 AM  -  12:18 PM
       12:42 PM  -   2:31 PM

At the trial, the following occurred, as stated on the record:

1. The Government has made no plea offers to Defendant Knowlton.

2. Defendant's Motion to Dismiss and Notice of Subrogation (Dkt [31]) is **DISMISSED**.

3. Opening statement made by the Government; Defendant Knowlton declined to make an opening statement.  Government invoked the rule.

4. Oral testimony of Detective Cecil Arnold.

5. Oral testimony of Detective Jonathan Cox.

6. Oral testimony of Arlita Bishop.

7. Oral testimony of Special Agent Lee Erickson.

8. Trial recessed and will resume **Tuesday, June 18, 2019, at 8:30 AM**.