# HEARING MINUTES

Cause No:       3:18-CR-24

Style:          UNITED STATES OF AMERICA vs. JOHN DAVID KNOWLTON

Hearing Type:   Bench Trial – Day Two

**Appearances:**

| **Counsel** | **Representing** |
| --- | --- |
| Zahra Fenelon<br>Kimberly Leo | United States of America |
| Philip Gallagher | John David Knowlton |

Date:  June 18, 2019
Time:  8:32 AM  -  8:53 AM
       9:00 AM  - 10:31 AM
      11:03 AM  - 12:05 PM
       1:17 PM  -  1:48 PM
       2:33 PM  -  2:39 PM
       2:41 PM  -  2:44 PM

At the trial, the following occurred, as stated on the record:

1. Defendant Knowlton informed the Court he relinquishes the representation of himself to Philip Gallagher who will now represent Mr. Knowlton.

2. Continued oral testimony of Special Agent Lee Erickson.

3. Oral testimony of Retired Resident Agent in Charge Edward Hand.

4. Oral testimony of Detective Garrett Groce.

5. Government rests its case.

6. Defense did not present evidence.

7. Closing arguments made to the Court.

8. Admitted trial exhibits presented to the Court for use in deliberation.

9. Defendant is found guilty on count one and count two and is remanded to custody of the U.S. Marshal Office.

2 / 2

10. Order for PSI will be issued today. Government will file today its Motion and Order for Forfeiture of Property.

11. Counsel for the Government and counsel for the Defendant are responsible for maintaining the trial exhibits.

12. Trial adjourned.