UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:18-CR-24 |
| | § | |
| JOHN DAVID KNOWLTON | § | |

**CERTIFICATION OF TRIAL EXHIBITS**

I have reviewed the bench trial exhibits which are being present to Judge George C. Hanks for use during his deliberations and find the exhibits are correct.

Date: _6.18.19_                     _____
                                     Attorney for Plaintiff (United States)

I have reviewed the bench trial exhibits which are being present to Judge George C. Hanks for use during his deliberations and find the exhibits are correct.

Date: _June 18, 2019_               _____
                                     Attorney for Defendant