# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                      Cr. No. G-18-024

**JOHN DAVID KNOWLTON**

## DEFENDANT'S NOTICE OF APPEAL

The defendant, John David Knowlton, through his attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on December 16, 2019, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

        Respectfully submitted,

        MARJORIE A. MEYERS
        Federal Public Defender
        Southern District of Texas No. 3233
        Texas State Bar No. 14003750

        By /s/ Philip G. Gallagher
        PHILIP G. GALLAGHER
        Assistant Federal Public Defender
        Attorney in Charge
        New Jersey State Bar ID No. 2320341
        Southern District of Texas No. 566458
        Attorneys for Defendant
        440 Louisiana, Suite 1350
        Houston, Texas   77002-1056
        Telephone:  713.718.4600
           Fax:          713.718.4610

2

## **CERTIFICATE OF SERVICE**

I certify that on December 17, 2019, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

/s/ Philip G. Gallagher
PHILIP G. GALLAGHER