United States District Court
Southern District of Texas
**ENTERED**
December 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GAVLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 3:18-cr-24 |
| | § | |
| JOHN DAVID KNOWLTON, | § | |
| Defendant. | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture signed on June 20, 2019 (Document 37) is final as to the defendant John David Knowlton, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _December 16_, 2019.

_____
George C. Hanks, Jr.
United States District Judge