# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 02, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-41042   USA v. John Knowlton  
                       USDC No. 3:18-CR-24-1

United States Courts  
Southern District of Texas  
FILED  

*January 02, 2020*

David J. Bradley, Clerk of Court

The court has considered the joint motion of John David Knowlton and United States of America to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for John David Knowlton and United States of America may obtain all ex parte documents *filed on behalf of* John David Knowlton and United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Angelique B. Tardie, Deputy Clerk  
504-310-7715

Mr. David J. Bradley  
Ms. Marjorie A. Meyers  
Ms. Carmen Castillo Mitchell  
Ms. Kathryn Shephard

P.S. to counsel: Because the request to view the sealed documents is made before the record has been created, you are responsible for contacting the district court when the briefing notice issues to release the sealed documents.