United States District Court
Southern District of Texas

**ENTERED**

February 28, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER 3:18-CR-24 |
| | § | |
| JOHN DAVID KNOWLTON | § | |

## ORDER SETTING RESTITUTION

Having considered the parties' Stipulation Regarding Restitution and Request for Amended Judgment, and finding it is in the interest of justice, it is hereby ORDERED that:

1.  Restitution to the victim, Henley, of the "Blue Pillow" series shall be set at $5,000.

2.  Restitution for the victim of the "Cindy" series shall be set at $3,000.

3.  Restitution for the victim of the "Jenny" series shall be set at $3,000.

4.  Restitution to the victim, Cassaepoia, of the "Lighthouse" series shall be set at $3,000.

5.  Restitution to the victim, Amy, of the "Misty" series shall be set at $3,000.

6.  Restitution for the victim of the "Tara" series shall be set at $3,000.

7.  The restitution payments shall be made to the Clerk of Court, U.S. District Court, Attention: Finance, P.O. Box 61010, Houston, TX 77208, who shall make payments to the respective trust account of counsel for the victim.

8.  Restitution is due in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program. Any balance remaining after release from imprisonment shall be due in equal monthly installments of $200 to

commence 30 days after release from imprisonment to a term of supervision.

9.     The judgment in this action shall reflect the restitution amount paid to each victim and the payment schedule.

DATED this _28th_ day of _February_, 2020.

George C. Hanks, Jr.
United States District Judge